UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUISE JOHNSON,

       Plaintiff,

                                                Case No. 1:06-cv-82

v.

                                                Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On June 25, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be reversed and this matter remanded for further factual findings.  No objections were filed to the R & R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.  Therefore, the court hereby approves and adopts the R & R as the decision of the court.

      The decision of the Commissioner of Social Security is **reversed and this matter is remanded for further factual findings**.


Dated: August 15, 2007                                                /s/ Wendell A. Miles
                                                                  Wendell A. Miles
                                                                  Senior U.S. District Judge